FILED'06 MAR 29 16:02 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DWIGHT L. HAMMAN, | Civ. No. 05-979-HU |
| Petitioner, | ORDER DISMISSING HABEAS CORPUS PETITION |
| vs. | |
| JEAN HILL, | |
| Respondent. | |

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice.

IT IS SO ORDERED this 29 day of March, 2006.

Michael W. Mosman
~~The Honorable Dennis J. Hubel~~
U.S. District ~~Magistrate~~ Judge

Submitted by:

Thomas J. Hester
Attorney for Petitioner

Lynn David Larsen (by consent)
Attorney for Respondent

CERTIFICATE OF SERVICE